UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

00-6093

CIV-DIMITROULEAS

MAGISTRATE JUDGE
JOHNSON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SANDRA B. ELLIS

      Defendant.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ___Yes ✔ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET, Suite 300
Miami, FL 33132
Tel No. (305) 961-9352
Fax No. (305) 530-7195
Bar No. A5500282

DATED 1/17/00