UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6093-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SANDRA B. ELLIS,

    Defendant.
_____/

NIGHT BOX
FILED

MAR 20 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## STATUS REPORT AND MOTION FOR ADDITIONAL TIME TO FILE A SCHEDULING REPORT

    Plaintiff, the United States of America, by and through Thomas E. Scott, United States Attorney, Mary F. Dooley, Assistant United States Attorney hereby files this Status Report and states as follows:

    1) On or about January 20, 2000 plaintiff filed the complaint in this action.

    2) On January 24, 2000, this Court issued an Order Requiring Counsel to Meet within 60 days of filing the complaint and file a Joint Scheduling Report within 10 days thereafter.

    3) On February 3, 2000, plaintiff mailed a Notice of Lawsuit and Request for Waiver of Service of Summons..

    4) On February 24, 2000 defendant executed the waiver.

    5) Defendant contacted plaintiff and agreed to entry of a consent judgment and establish a payment plan.



6) On March 7, 2000, plaintiff mailed a proposed consent judgment to defendant and requested it's return within 10 days. To date plaintiff has not received the signed consent judgment but expects it soon.

7) Plaintiff anticipates filing the proposed consent judgment within 15 days.

WHEREFORE, plaintiff requests this Court to grant an extension fifteen (15) days from the date of this motion to file a scheduling report, or otherwise resolve this matter.

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

BY:  MARY F. DOOLEY
     ASSISTANT U.S. ATTORNEY
     99 N.E. 4TH STREET, Suite 300
     Miami, FL  33132
     Tel No. (305) 961-9311
     Fax No. (305) 530-7195
     Bar No. 112933

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20 day of MARCH 2000, to:

Sandra B. Ellis
2830 Summerset Drive
Fort Lauderdale, FL 33311

Mary F. Dooley
Assistant U.S. Attorney