UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:00-6093-CIV- DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**SANDRA B. ELLIS**,

    Defendant,

_____/



### NOTICE OF SUBMISSION OF PROPOSED CONSENT JUDGMENT

Plaintiff, the United States of America, by and through THOMAS E. SCOTT, United States Attorney for the Southern district of Florida, Mary F. Dooley, Assistant U.S. Attorney hereby notifies this Court and defendant **Sandra B. Ellis** that it has submitted a Proposed Consent Judgment to the Court for entry.

A copy of the proposed consent judgment is attached hereto.

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

BY: _____
     MARY F. DOOLEY
     ASSISTANT U.S. ATTORNEY
     Bar No.112933
     99 N.E. 4TH STREET, Suite 300
     Miami, FL 33132
     Tel No. (305) 961-9311
     Fax No. (305) 530-7195

DATED 5/2/00



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6093-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff

vs.

SANDRA B. ELLIS

        Defendant.
_____/

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the complaint filed herein.

3. The defendant hereby agrees to the entry of a consent judgment in the sum of $12388.82 (principal of $8217.25, administrative cost of $.00 and interest in the amount of $4171.57 through **April 21, 2000** plus interest at 8.00% percent per annum from **April 21, 2000**, through the date of judgment and interest at the legal rate thereafter until paid in full.

4. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

5. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, FL 33132.

6. The defendant shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence by the United States Attorney.

Respectfully submitted,

Thomas E. Scott
United States Attorney

DATE: 5/3/00

Mary F. Dooley
Assistant U.S. Attorney
99 Ne 4th Street
3rd Floor
Miami, 33132-2111

DATE: 4/29/00

Sandra B. Ellis
4101 NW 34th Ave
Fort Lauderdale, FL 33309
Defendant Phone: (954)486-2800

APPROVED THIS _____ DAY OF _____, 20 __


_____
United States District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __2__ day of **May, 2000**

Sandra B. Ellis
4101 NW 34th Ave
Fort Lauderdale, FL 33309


_____
Mary F. Dooley
Assistant U.S. Attorney