UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6093-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SANDRA B. ELLIS,

        Defendant.
_____/



### RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been discharged by the Department of Education, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record. Said judgment was duly recorded on May 05, 2000, in the Public Records of Broward County, Florida in Official Records Book 33634, Page 851.



RELEASE OF LIEN
U.S. v. Sandra B. Ellis
CASE NO.  00-6093-CIV-DIMITROULEAS

Witness my hand and seal this
29th day of December, A.D. 2004

Signed, Sealed and Delivered in
Presence of:

_Brenda Glasford_
Brenda Glasford

_Sara Garcia_
Sara Garcia

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _Karin D. Wherry_
Karin D. Wherry
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9016
Fax No.(305) 530-7195

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Karin D. Wherry, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 29th day of December, A.D. 2004.

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

_Rolando A. León_
NOTARY PUBLIC, State of Florida

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath